**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO: 3:04CR155**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | )\_\_\_\_\_ | **ORDER** |
| **DAVID MICHAEL JERNIGAN,** | ) \_\_\_\_\_ | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion for Issuance of Subpoenas at Government's Expense" (Document No. 34), filed December 20, 2005 by David Michael Jernigan. After careful review of the Motion, the undersigned finds that the witnesses listed below are essential to an adequate defense and that Mr. Jernigan is indigent and unable to pay the costs for the issuance of the subpoenas to these witnesses.

     **IT IS, THEREFORE, ORDERED:**

     1.   That the "Motion for Issuance of Subpoenas at Government's Expense" (Document No. 34) is **GRANTED**;

     2.   That the attached Subpoenas be issued by the Clerk to the following individuals:

     (a)    Dina Jernigan, 407 South Chester Street, Gastonia NC 28052;

     (b)    Det. Edgar Blair Tucker, Gaston County Police Department, 420 W. Franklin Boulevard, Gastonia NC 28052;

     (c)    Det. Bonnie Naché, Gaston County Police Department, 420 W. Franklin Boulevard, Gastonia NC 28052;

     (d)    Jerry Mantooth, Brookwood Barber Shop, 1202 South York Street, Gastonia

NC 28052;

(e)     Morris Jenkins, 1310 Jenkins Road, Gastonia NC 28052;

(f)     Loretta Jernigan, 3517 Union Road, Gastonia NC 28052;

(g)     Thomas Brooks, 13809 Walkers Creek Drive, Charlotte NC 28273; and

(h)     Todd Wayne Fields, 4653 King Crowder Drive, Gastonia NC 28052;

3. That the United States Marshal serve the aforesaid Subpoenas and that the costs incurred by the service of process and the witness fees be borne by the Government.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney and the United States Marshal.

**Signed: December 28, 2005**

David C. Keesler
United States Magistrate Judge