IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET: 3:04CR155-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DAVID MICHAEL JERNIGAN ) | |

**THIS MATTER** is before the Court upon Defendant's motion for expert's interim voucher submitted in this matter.

For the reasons stated in Defendant's motion and taking into account the exercise of due diligence, the Court will allow Dr. Bondy to submit an interim voucher.

**IT IS, THEREFORE, ORDERED** that Dr. Bondy is allowed to submit an interim voucher for services rendered up through January 10, 2006.

Signed: February 8, 2006

David C. Keesler
United States Magistrate Judge