IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>DAVID MICHAEL JERNIGAN. )<br>) | CASE NO. DNCW304CR000155-001<br>(Financial Litigation Unit) |

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL:

A judgment was entered on August 20, 2008, (Doc No. 66) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, David Michael Jernigan, whose last known address is Swansboro, North Carolina, 28584, in the sum of $40,993.88. The balance on the account as of July 6, 2016 is $40,893.88.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Funds In The Amount Of $19,485.00 and the Bureau of Alcohol, Tobacco, and Firearms (ATF) is commanded to **turn over property,** in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, David Michael Jernigan, Social Security Number \*\*\*-\*\*-8057, has a substantial nonexempt interest, the said property being any and all funds located in Funds In The Amount Of $19,485.00 accounts in the name of David Michael Jernigan, at the following address:

Funds In The Amount Of $19,485.00
ATF
6701 Carmel Road #200
Charlotte, NC 28266

Signed: July 6, 2016

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge